**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**NO. 3:26-MC-19**

**JODY E. OWENS, II**

# ORDER

On July 29, 2026, the Mississippi Supreme Court issued an Order of Disbarment immediately and permanently disbarring Jody E. Owens, II, from the practice of law in the state of Mississippi, accepting Owens' resignation from the Mississippi Bar pursuant to Rules 11(a) and 11.1 of the Rules of Discipline for the Mississippi State Bar and granting the Mississippi Bar's motion to accept Owens' resignation. A certified copy of the Order of Disbarment was filed in this Court. Doc. #1.

On August 10, 2026, this Court ordered Owens to show cause why he should not be disciplined under Rule 83.1(c)(2) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi.[1] Doc. #2. Owens did not respond to the show cause order within the time allowed or at any subsequent point.[2]

Because Owens is a member of the bar of the United States District Court for the Northern District of Mississippi who the Mississippi Supreme Court permanently disbarred from the practice of law in Mississippi, this Court concludes that reciprocal discipline is appropriate. Upon entry of this order, Owens is permanently **DISBARRED** from practicing law in the Northern

---

[1] Rule 83.1(c)(2) provides that a member of the bar of the United States District Court who has been suspended or disbarred from practice by a court of record shall be accorded thirty days within which to show cause why he or she should not be suspended or disbarred by this Court. It further provides that, following a response to the order to show cause "and after hearing, if one is requested, or upon expiration of the period allowed for response, if no response is made, the court may enter an appropriate order in which it may impose discipline, including, but not limited to, the same discipline administered by the other jurisdiction." L.U. Civ. R. 83.1(c)(2).

[2] A certified copy of the show cause order was mailed to Owens at his address on file with the Court and the Mississippi Bar. Such mail was not returned.

District of Mississippi, as his irrevocable resignation from the practice of law in Mississippi is accepted. The Clerk of the Court is directed to send a certified copy of this order to Owens at his address of record, to the Executive Director of the Mississippi Bar, to the United States Attorney for the Northern District of Mississippi, and to the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED**, this 16th day of September, 2026.

**DEBRA M. BROWN, CHIEF JUDGE**